| | | | |
|---|---|---|---|
| Com. v. Thompson | 3829 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 11/22/2016 | CP–45–CR–0002899–<br>2011<br>(Monroe) |
| Com. v. Steward [29] | 469 EDA 2016<br>Affirmed | 11/22/2016 | CP–46–CR–0020805–<br>1986<br>(Montgomery) |
| Com. v. Blackstone | 1327 MDA 2015<br>Affirmed | 11/22/2016 | CP–22–CR–0003472–<br>2001<br>(Dauphin) |
| Com. v. Lee | 1491 MDA 2015<br>Affirmed | 11/22/2016 | CP–28–CR–0001914–<br>2011<br>(Franklin) |
| Com. v. Prado | 2162 MDA 2015<br>Quashed | 11/22/2016 | CP–67–CR–0002643–<br>2014<br>CP–67–CR–0006485–<br>2012<br>(York) |
| Com. v. Lighty | 302 MDA 2016<br>Affirmed | 11/22/2016 | CP–36–CR–0000893–<br>2011<br>(Lancaster) |
| Com. v. Garcia–Quintero | 326 MDA 2016<br>Affirmed | 11/22/2016 | CP–67–CR–0001712–<br>2012<br>(York) |
| Com. v. Rivera–Morel | 421 MDA 2016<br>Affirmed | 11/22/2016 | CP–22–CR–0002952–<br>2013<br>CP–22–CR–0003366–<br>2012<br>CP–22–CR–0006033–<br>2013<br>(Dauphin) |
| Com. v. Dow | 448 MDA 2016<br>Affirmed,<br>Vacated and<br>Remanded | 11/22/2016 | CP–36–CR–0001440–<br>2015<br>(Lancaster) |
| Com. v. Cooper | 499 MDA 2016<br>Vacated and<br>Remanded | 11/22/2016 | CP–21–CR–0000546–<br>2014<br>(Cumberland) |
| Com. v. Black | 700 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 11/22/2016 | CP–35–CR–0001216–<br>2014<br>(Lackawanna) |
| Com. v. Parthe | 718 MDA 2016<br>Affirmed | 11/22/2016 | CP–06–CR–0004500–<br>2015<br>(Berks) |

29. Petition for reargument denied January 31, 2017.